**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:17-cv-02915-RM-KLM

Virginia Guiette, *individually and on behalf of all others similarly situated*,

        Plaintiff,

v.

U.S. Bank National Association,

        Defendant.

_____

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
_____

    Plaintiff VIRGINIA GUIETTE, hereby moves this Court to dismiss the above entitled action without prejudice pursuant to FRCP 41(a)(1)(A), as Defendant has not filed an answer or motion for summary judgment in this matter.

    WHEREFORE, Plaintiff respectfully requests that this Court dismiss this action without prejudice.

Dated: January 19, 2018        Respectfully submitted,

                                          By: /s/ Sarah T. McEahern
                                          Sarah T. McEahern, Esq.
                                          HYDE & SWIGART
                                          1525 Josephine St.
                                          Denver, CO 80206
                                          Telephone: (303) 731-5493
                                          FAX: (800) 635-6425
                                          Email: sm@westcoastlitigation.com